FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0002125
01-SEP-2016
01:56 PM

NO. CAAP-13-0002125

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


RENE UMBERGER, MIKE NAKACHI, KA'IMI KAUPIKO,
WILLIE KAUPIKO, CONSERVATION COUNCIL FOR HAWAI'I,
HUMANE SOCIETY OF THE UNITED STATES, and
CENTER FOR BIOLOGICAL DIVERSITY, Plaintiffs-Appellants,
v. DEPARTMENT OF LAND AND NATURAL RESOURCES,
STATE OF HAWAI'I, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 12-1-2625-10 JHC)

ORDER OF CORRECTION
(By: Leonard, J., for the court[1])

IT IS HEREBY ORDERED that the Opinion of the Court filed on August 31, 2016, is hereby corrected at pages 10 and 11 by renumbering footnotes 5, 6 and 7 to 4, 5 and 6.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, September 1, 2016.

FOR THE COURT:

Associate Judge

---

[1] Fujise, Presiding Judge, Leonard and Reifurth, JJ.